CEM/AAB: USAO# 2026R0378

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** SAG-26-205 |
| **v.** | |
| **CHARLES FREDERICK CLARKE,** | **(Sexual Exploitation of a Child, 18 U.S.C. § 2251(a); Distribution of Child Pornography, 18 U.S.C. § 2252(a)(2); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); Forfeiture, 18 U.S.C. § 2253)** |
| **Defendant.** | |

## INDICTMENT

### COUNTS ONE THROUGH FIVE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

### General Allegations

1.      Defendant **CHARLES FREDERICK CLARKE** ("CLARKE") was born in 2000, and resided in North East, Maryland.

2.      Minor Victim 1 was born in 2012.

3.      Minor Victim 2 was born in 2011.

4.      **CLARKE** was the owner and user of the internet based Snap account "murda_mann247" ("the Snap Account"). **CLARKE** used the Snap Account to distribute and store visual depictions of minors engaged in sexually explicit conduct.

### The Charges

4.      On or before the dates listed below, each instance being a separate count, in the District of Maryland, the defendant,

**CHARLES FREDERICK CLARKE,**

1

did knowingly attempted to and did employ, use, persuade, induce, entice, and coerce the prepubescent minor victims listed below to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depictions would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, such visual depictions were produced and transmitted using materials that were mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and such visual depictions were transported and transmitted using any means and facility of interstate and foreign commerce, as follows:

| Count | Date | Details |
|-------|------|---------|
| 1 | October 7, 2024 | A video file, titled and partially titled "…EYAE~v4.mp4," depicting an adult penis penetrating Minor Victim 2's mouth, said video file located in the Snap Account. |
| 2 | October 8, 2024 | A video file, titled "Snapchat-373680036.mp4," depicting an adult penis penetrating Minor Victim 2's mouth and touching Minor Victim 2's hand, said video file stored on a Samsung cell phone, IMEI 350776863315439, manufactured outside of the United States. |
| 3 | July 31, 2025 | Two video files, titled and partially titled "…VzZU…mp.4" and "…oMzda…mp.4," depicting an adult penis penetrating Minor Victim 1's genitals, said video files located in the Snap Account. |
| 4 | September 21, 2025 | A video file, titled "Snapchat-701947269.mp4," depicting an adult penis penetrating Minor Victim 1's genitals, said video file stored on a Samsung cell phone, IMEI 350776863315439, manufactured outside of the United States. |
| 5 | October 18, 2025 | A video file, titled and partially titled "Snapchat-433758141…," depicting an adult penis penetrating Minor Victim 1's mouth, said video stored on a Samsung cell phone, IMEI 350776863315439, manufactured outside of the United States. |

18 U.S.C. § 2251(a)
18 U.S.C. § 2

Case 1:26-cr-00205-SAG   Document 1   Filed 06/18/26   Page 3 of 7

## COUNT SIX
### (Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about October 7, 2024, in the District of Maryland, the defendant,

## CHARLES FREDERICK CLARKE,

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped, and transported by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18 United States Code Section 2256(2), and such depiction being of such conduct, that is, **CLARKE** used the Snap Account to distribute a video file, titled and partially titled "…EYAE~v4.mp4," depicting an adult penis penetrating Minor Victim 2's mouth.

18 U.S.C. §§ 2252(a)(2) and 2256

3

## COUNT SEVEN
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about November 12, 2025, in the District of Maryland, the defendant,

**CHARLES FREDERICK CLARKE,**

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, a Samsung cell phone, IMEI 350776863315439, manufactured outside of the United States, which contained one or more visual depictions of minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## COUNT EIGHT
### (Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about November 12, 2025, in the District of Maryland, the defendant,

### CHARLES FREDERICK CLARKE,

knowingly possessed any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, a Snapchat account "murda_mann247," containing one or more visual depictions of minors engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.     Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's convictions on any of the offense charged in Counts One through Eight of this Indictment.

### Chil Exploitation Forfeiture and Possession of Child Pornography Forfeiture

2.     Upon conviction of any of the offenses set forth in Counts One through Eight of this Indictment, the defendant,

### CHARLES FREDERICK CLARKE,

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

a.     any visual depiction described in Title 18, United States Code, Sections, 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received, or possessed in violation of Title 18, United States Code, Chapter 110;

b.     any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and

c.     any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property.

### Property Subject to Forfeiture

3.     The property to be forfeited includes, but is not limited to, the following items seized from the defendant's vehicle, in Harford County, on or about November 12, 2025:

a.     Samsung cell phone, IMEI 350776863315439.

## Substitute Assets

4.      If any of the property described above, as a result of any act or omission of the defendant:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_Kelly O. Hayes_
Kelly O. Hayes
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

06/18/2026

Date